UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel DE ARMAS,<br>Petitioner,<br>v.<br>Christopher J. LAROSE, et al.,<br>Respondents. | Case No.: 26-cv-4439-AGS-VET<br>**ORDER GRANTING AMENDED HABEAS PETITION (ECF 8), DENYING TRO MOTION (ECF 2) AS MOOT, AND ORDERING RELEASE** |

For the reasons stated on the record at the October 5, 2026 hearing, petitioner Manuel De Armas's petition for a writ of habeas corpus is **GRANTED**. Respondents must immediately release petitioner from custody under an Order of Supervision (ICE Form I-220B).

All other pending motions, including the motion for a temporary restraining order, are denied as moot. The Clerk must issue a judgment and close this case.

Dated: October 5, 2026

Hon. Andrew G. Schopler
United States District Judge